

# U.S. District Court

## Texas Western - San Antonio

THIS IS A COPY

Receipt Date: Aug 7, 2025 2:04PM

Mark Anthony Ortega
152 Bedingfeld
San Antonio, Texas 78231

Rcpt. No: 8285                Trans. Date: Aug 7, 2025 2:04PM              Cashier ID: #TT (6587)

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                    | 1   | 405.00 | 405.00 |

| CD | Tender |       |            | Amt     |
|----|--------|-------|------------|---------|
| CH | Check  | #1029 | 07/21/2025 | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

**Comments:** Case No. 5:25-CV-00955, Ortega v. Green Light Solar, LLC

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

SA25CA0955      MJ-HJB