Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231

RECEIVED
AUG -5 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S. District Clerk's Office
262 West Nueva St Rm 1-400
San Antonio, TX 78207

SA25CA0955 FB MJ-HJB