UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-25-CV-955-FB (HJB) |
| | § | |
| GREEN LIGHT SOLAR, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The matter before the Court is *pro se* Plaintiff's Motion for Clerk's Entry of Default. (Docket Entry 10.) This case was referred by the District Court on August 13, 2025, to the undersigned for disposition of any and all pretrial matters pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 7.) Plaintiff has provided proof of service showing that Defendant was served with the Complaint on August 21, 2025. (*See* Docket 9.)

Accordingly, it is hereby **ORDERED** that Plaintiff's motion (Docket Entry 10) is **GRANTED** and the U.S. Clerk is directed to Entry of Default against Defendant, for failure to answer in accordance with FED. R. CIV. P. 55(a).

It is **FURTHER ORDERED** that Plaintiff must file a Motion for Default Judgment on or before on or **before October 30, 2025**

**SIGNED** on September 12, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge