UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-25-CV-955-FB (HJB) |
| GREEN LIGHT SOLAR, LLC, | § § § | |
| Defendant. | § § | |

**ORDER SETTING
IN-PERSON HEARING**

The matter before the Court is Plaintiff's Motion for Final Default Judgment. (Docket Entry 13). This case was referred on August 13, 2025, by the District Court to the undersigned for disposition of any and all pretrial matters, including pending motions, pursuant to 28 U.S.C. § 636(b).

It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 13) is set for an in-person hearing on **November 6, 2025**, at **11:30 A.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

The **U.S. Clerk is directed** to send a copy of this Order, the Clerk's Entry of Default (Docket Entry 12), and Plaintiff's Motion for Default Judgment (Docket Entry 13) to Defendant by U.S. Certified Mail to the following addresses:

**Green Light Solar, LLC
Fred Royce Franzoni, Registered Agent
11767 Katy Freeway, Suite 1100
Houston, Texas 77079**

**Green Light Solar, LLC
James Allen Garrett, Managing Member
16714 Hemlock Grove Drive
Humble, Texas 77346**

(*See* Docket Entries 1, at 3; 3, at 2; 9, at 3; and 13, at 10.)

**SIGNED** on September 30, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge