

USPS TRACKING #

7590 9402 9622 5121 8549 80

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court
262 W. Nueva St., Room 1-400
San Antonio, TX 78207

RECEIVED
OCT 06 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
       DEPUTY CLERK

5:25-CV-00955-FB-HJB  Docs #12,13,14  9/30/25

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Green Light Solar, LLC
Fred Royce Franzoni, Registered Agent
11767 Katy Freeway, Suite 1100
Houston, Texas 77079

9590 9402 9622 5121 8549 80

2. Article Number (Transfer from service label)
9589 0710 5270 0402 4067 97

A. Signature
X [signature]   ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Greg Sarguette

Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt