IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARK ANTHONY ORTEGA,          §
                              §
    Plaintiff,               §
                              §
VS.                           §          CIVIL ACTION NO. SA-25-CV-955-FB
                              §
GREEN LIGHT SOLAR, LLC,       §
                              §
    Defendant.               §

## J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge, filed in this case on January 13, 2026 (ECF No. 19), is ACCEPTED such that Plaintiff's Motion for Final Default Judgment (ECF No. 13) is GRANTED IN PART and Plaintiff is hereby AWARDED damages and costs as follows:

(1)    $2,500 in statutory damages pursuant to TCPA (Telephone Consumer Protection Act), 47 U.S.C. § 227(c);

(2)    $15,000 in statutory damages pursuant TBCC (Texas Business and Commerce Code) §§ 302.101 and 302.302(a); and

(3)    $405 in costs.

IT IS FURTHER ORDERED that Plaintiff is AWARDED post-judgment interest, to be calculated and compounded pursuant to 28 U.S.C. § 1961, from the date of entry of this Judgment until the Judgment is paid in full at the rate of 3.68%.

IT IS FURTHER ORDERED that all other relief is DENIED.

IT IS FINALLY ORDERED that motions pending, if any, are DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 28th day of April, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE